# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| ROBERT KESSLER,<br><br>Plaintiff,<br><br>-vs-<br><br>KIM'S PLAZA LLC and GASPAR TELLEZ-LOA., individually,<br><br>Defendants. | Cause No. 2:21-cv-391-RSL<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

Pursuant to plaintiff's unopposed motion to voluntarily dismiss, the above-captioned matter is DISMISSED with prejudice.

Dated this 2nd day of June, 2021.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge